UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRY LEE GRAU,

    Petitioner,

v.      Case No. 2:25-cv-200-JLB-NPM

SECRETARY, FLORIDA
DEPARTMENT OF
CORRECTIONS; CHARLOTTE
CORRECTIONAL INSTITUTION;
CAPTAIN BATES; CAPTAIN
GORMAN; and SGT. TORRES,

    Respondents.
_____/

## ORDER

On April 10, 2025, the Court dismissed Plaintiff's *pro se* 42 U.S.C. § 1983 civil rights complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) and directed him to file an amended complaint if he wished to proceed. (Doc. 10.) The Court advised Plaintiff that if he did not file an amended complaint, this action would be dismissed without further notice. (Id. at 7.) Plaintiff has neither filed an amended complaint nor sought an extension of time to amend, and his time to do so has passed.

With no operative complaint, the Court dismisses this action without prejudice. Because the dismissal is without prejudice, Plaintiff may file a new complaint—under a *new case number*—along with the filing fee or motion to proceed in forma pauperis.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 23, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Copies: Terry Lee Grau

2